# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DEANDRE GREEN                                                                  PLAINTIFF

v.                                   NO. 2:17CV00033 JLH

CHARLES BYRD, individually and in his
official capacity as Police Officer of the
City of Helena-West Helena                                      DEFENDANT

## **ORDER**

Without objection, the plaintiff's motion to dismiss without prejudice is GRANTED. Document #36. The plaintiff's claims against Charles Byrd in his individual capacity are dismissed without prejudice. The plaintiff's claims for sexual assault against Charles Byrd in his official capacity are dismissed without prejudice. The plaintiff's remaining claims against Charles Byrd in his official capacity are not dismissed.

IT IS SO ORDERED this 19th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE