IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DEANDRE GREEN                                                                  PLAINTIFF

v.                           NO. 2:17CV00033 JLH

CHARLES BYRD, individually and in his
official capacity as a police officer of
the City of Helena-West Helena, Arkansas                                       DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Charles Byrd, individually and in his official capacity, on the complaint of Deandre Green. The complaint of Deandre Green is dismissed with prejudice.

IT IS SO ORDERED this 18th day of December, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE